CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAY - 9 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| ROY A. DYE, <br> Plaintiff, | ) <br> ) Civil Action No. 2:07cv00034 <br> ) |
| v. | ) **FINAL JUDGMENT AND ORDER** <br> ) |
| MICHAEL J. ASTRUE, <br> **Commissioner of Social Security,** <br> Defendant. | ) By: GLEN M. WILLIAMS <br> ) SENIOR UNITED STATES DISTRICT JUDGE <br> ) |

For the reasons stated in the Memorandum Opinion accompanying this final judgment, it is **ADJUDGED** and **ORDERED** as follows:

a. The motion for summary judgment filed by the Commissioner of Social Security is **OVERRULED**;

b. The motion for summary judgment filed by the plaintiff is **OVERRULED**;

c. The final decision of the Commissioner denying benefits is **VACATED**;

d. The plaintiff's claims shall be **REMANDED** pursuant to "sentence four" of 42 U.S.C. § 405(g) for further development;

e. The Clerk shall send a certified copy of this Final Judgment and the accompanying Memorandum Opinion to all counsel of record; and

f. The Clerk is directed to close the case and strike it from the docket.

**ENTER:** This 9th day of May, 2008.

_____
THE HONORABLE GLEN M. WILLIAMS
SENIOR UNITED STATES DISTRICT JUDGE